**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Brenda Trinidad JAIME-SAINZ, Defendant-Appellant.**

**No. 16-30248**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

Heather S. Patricco, Raymond Edward Patricco, Jr., Assistant U.S. Attorneys, Office of the U.S. Attorney, Boise, ID, for Plaintiff-Appellee

Matthew G. Gunn, Attorney, Barnum Howell & Gunn PLLC, Boise, ID, for Defendant-Appellant

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, Sept's request for oral argument is denied.

** This disposition is not appropriate for publi-

cation and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Brenda Trinidad Jaime-Sainz appeals from the district court's judgment and challenges the 210-month concurrent sentences imposed following her guilty-plea convictions for conspiracy to distribute methamphetamine, distribution of methamphetamine, and possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jaime-Sainz contends that the district court abdicated its responsibility to conduct an independent inquiry as to the extent of the downward departure she should receive for her substantial assistance to the government under U.S.S.G. § 5K1.1. To the contrary, the record reflects that the district court considered arguments from both parties and provided a reasoned basis for its acceptance of the government's two-level downward departure recommendation. *See United States v. Laney*, 189 F.3d 954, 964 (9th Cir. 1999). The court did not err by giving weight to the government's assessment of the value of Jaime-Sainz's assistance. *See* U.S.S.G. § 5K1.1(a)(1) & cmt. n.3; *Laney*, 189 F.3d at 964.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is